# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stampelos, Charles A. | U.S. District Court, Northern District of Florida | 04/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
111 North Adams Street
Tallahassee, Florida 32301-7717

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | State of Florida Retirement - Health Insurance Subsidy (HIS) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | State of Florida Retirement - HIS | $1,009.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Synovus (f/k/a Tallahassee State Bank) (cash accounts) | A | Interest | K | T | | | | | |
| 2. | Bank of America (cash accounts) | A | Interest | K | T | | | | | |
| 3. | Envision CreditUnion (cash account) | A | Interest | J | T | | | | | |
| 4. | Nationwide (St of Fl. Def.Comp.) NRS Fla. Fixed Fund #1 | E | Interest | O | T | | | | | |
| 5. | TRowePrice (TRP) (IRA) #2 (H) | | | | | | | | | |
| 6. | -TRP Capital Appreciation | | None | | | Sold | 04/25/18 | J | A | |
| 7. | - Sante Fe Gold Corp | | None | | | Sold | 04/30/18 | J | | |
| 8. | - ELOXX Pharm. Inc. Com ELOX | | None | J | T | | | | | |
| 9. | - Mitek | | None | L | T | Buy (add'l) | 05/01/18 | J | | |
| 10. | - U.S. Treasury Money | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 11. | - TSCXX | | | | | Buy | 04/25/18 | J | | |
| 12. | | | | | | Sold | 04/27/18 | J | | |
| 13. | Charles Schwab IRA Rollover #1 (H) | | | N | T | | | | | |
| 14. | Charles Schwab Reserves (SWSXX) (MM sweep) | A | Dividend | J | T | Sold (part) | 01/02/18 | J | | |
| 15. | | | | | | Sold (part) | 04/02/18 | J | | |
| 16. | | | | | | Buy (add'l) | 04/30/18 | J | | |
| 17. | | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 19. | | | | | Sold (part) | 07/02/18 | J | | |
| 20. | | | | | Sold (part) | 07/03/18 | J | | |
| 21. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 22. | | | | | Sold (part) | 08/30/18 | J | | |
| 23. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 24. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 25. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 26. | | | | | Sold (part) | 09/24/18 | J | | |
| 27. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 28. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 29. | | | | | Sold (part) | 10/01/18 | J | | |
| 30. | | | | | Sold (part) | 10/02/18 | J | | |
| 31. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 33. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 34. | | | | | Buy (add'l) | 11/08/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 36. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 37. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 38. Schwab Val. Adv. (SWVXX) (MM non-sweep) | D | Dividend | N | T | Buy | 04/26/18 | K | | |
| 39. | | | | | Sold (part) | 07/12/18 | K | | |
| 40. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 41. | | | | | Sold (part) | 09/20/18 | J | | |
| 42. | | | | | Buy (add'l) | 10/10/18 | M | | |
| 43. US Bankcorp (USB) | A | Dividend | | | Sold | 11/16/18 | J | A | |
| 44. Valero Energy Corp. (VLO) | A | Dividend | | | Sold | 08/29/18 | J | C | |
| 45. Wheaton Precious Met F (WPM) | A | Dividend | J | T | | | | | |
| 46. IShares Gold ETF (IAU) | | None | J | T | | | | | |
| 47. CVS Health Corp. (CVS) | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 48. SPDR Fund Consumer (XLY) | A | Dividend | | | Buy | 07/12/18 | J | | |
| 49. | | | | | Sold | 10/09/18 | J | A | |
| 50. Technology Select Sector (XLK) | A | Dividend | | | Buy | 07/12/18 | J | | |
| 51. | | | | | Sold | 10/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Fundamental Emerging Mkts. (FNDE) | | None | | | Buy | 09/20/18 | J | | |
| 53. | | | | | Sold | 10/11/18 | J | | |
| 54. Ishares US Preferred (PFF) | A | Dividend | K | T | Buy | 09/20/18 | K | | |
| 55. Lord Abbett Short Duration (LLDYX) | A | Dividend | | | Buy | 06/18/18 | K | | |
| 56. | | | | | Sold | 10/09/18 | K | A | |
| 57. Vanguard FTSE Emerging (VWO) | A | Dividend | | | Buy | 09/20/18 | J | | |
| 58. | | | | | Sold | 10/09/18 | J | | |
| 59. Pimco Incm Inst Cl (PIMIX) | A | Dividend | | | Buy | 06/20/18 | K | | |
| 60. | | | | | Sold | 10/07/18 | K | A | |
| 61. Schwab US Dividend (SCHD) | A | Dividend | | | Sold | 11/16/18 | K | C | |
| 62. Lord Abbett Short Dur. (LALDX) | A | Dividend | | | Sold | 06/18/18 | K | A | |
| 63. Vanguard Financials ETF (VFH) | A | Dividend | | | Buy | 07/12/18 | J | | |
| 64. | | | | | Sold | 10/09/18 | J | A | |
| 65. Pimco Incm Cl D (PONDX), merged w/ PONAX | A | Dividend | | | Sold | 06/20/18 | K | | |
| 66. Prudential High Yield (PHYZX) | B | Dividend | | | Sold | 10/09/18 | K | B | |
| 67. Vanguard Short Term (VFSUX) | A | Dividend | | | Sold | 04/26/18 | K | | |
| 68. Schwab Fundamental Intl (SFNNX) | A | Dividend | | | Sold | 11/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Fundamental US (SFLNX) | A | Dividend | | | Sold | 11/16/18 | K | B | |
| 70. Vanguard Interm Term (VFIDX) | A | Dividend | | | Sold | 09/20/18 | K | | |
| 71. Schwab Fund US Small Com ETF (FNDA) | A | Dividend | | | Buy | 09/20/18 | J | | |
| 72. | | | | | Sold | 11/16/18 | J | | |
| 73. ThomasPartners, Div of Charles Schwab #2 stocks only (H) | | | | | | | | | |
| 74. MMM | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 75. T | | None | J | T | Buy | 11/19/18 | J | | |
| 76. ABT | | None | J | T | Buy | 11/19/18 | J | | |
| 77. ACN | | None | J | T | Buy | 11/19/18 | J | | |
| 78. MO | | None | J | T | Buy | 11/19/18 | J | | |
| 79. AAPL | | None | J | T | Buy | 11/19/18 | J | | |
| 80. AJG | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 81. AMLP | | None | J | T | Buy | 11/19/18 | J | | |
| 82. BBT | | None | J | T | Buy | 11/19/18 | J | | |
| 83. BCE | | None | J | T | Buy | 11/19/18 | J | | |
| 84. BDX | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 85. CVX | | None | J | T | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  CSCO | | None | J | T | Buy | 11/19/18 | J | | |
| 87.  CL | | None | J | T | Buy | 11/19/18 | J | | |
| 88.  CVS | | None | J | T | Buy | 11/19/18 | J | | |
| 89.  DE | | None | J | T | Buy | 11/19/18 | J | | |
| 90.  DEO | | None | J | T | Buy | 11/19/18 | J | | |
| 91.  ES | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 92.  XOM | | None | J | T | Buy | 11/19/18 | J | | |
| 93.  GPC | | None | J | T | Buy | 11/19/18 | J | | |
| 94.  IBM | | None | J | T | Buy | 11/19/18 | J | | |
| 95.  ITW | | None | J | T | Buy | 11/19/18 | J | | |
| 96.  INTC | | None | J | T | Buy | 11/19/18 | J | | |
| 97.  JPM | | None | J | T | Buy | 11/19/18 | J | | |
| 98.  JNJ | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 99.  KMI | | None | J | T | Buy | 11/19/18 | J | | |
| 100. LEG | | None | J | T | Buy | 11/19/18 | J | | |
| 101. LMT | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 102. LOW | | None | J | T | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MSFT | | None | J | T | Buy | 11/19/18 | J | | |
| 104. NSRGF | | None | J | T | Buy | 11/19/18 | J | | |
| 105. NVS | | None | J | T | Buy | 11/19/18 | J | | |
| 106. OXY | | None | J | T | Buy | 11/19/18 | J | | |
| 107. OMC | | None | J | T | Buy | 11/19/18 | J | | |
| 108. ORCL | | None | J | T | Buy | 11/19/18 | J | | |
| 109. PH | | None | J | T | Buy | 11/19/18 | J | | |
| 110. PFE | | None | J | T | Buy | 11/19/18 | J | | |
| 111. PM | | None | J | T | Buy | 11/19/18 | J | | |
| 112. PPG | | None | J | T | Buy | 11/19/18 | J | | |
| 113. PG | | None | J | T | Buy | 11/19/18 | J | | |
| 114. RTN | | None | J | T | Buy | 11/19/18 | J | | |
| 115. SBUX | | None | J | T | Buy | 11/19/18 | J | | |
| 116. TXN | | None | J | T | Buy | 11/19/18 | J | | |
| 117. TJX | | None | J | T | Buy | 11/19/18 | J | | |
| 118. KO | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 119. UTX | | None | J | T | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stampelos, Charles A. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VZ | | None | J | T | Buy | 11/19/18 | J | | |
| 121. VFC | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 122. WMT | | None | J | T | Buy | 11/19/18 | J | | |
| 123. WSO | | None | J | T | Buy | 11/19/18 | J | | |
| 124. WFC | | None | J | T | Buy | 11/19/18 | J | | |
| 125. WMB | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 04/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

See section VII, 05/07/18 Report. The IRA with Charles Schwab noted on line 22 of the 2018 Report continued in 2018. In November 2018, a second IRA was created with ThomasPartners, a Division of Charles Schwab, when ThomasPartners purchased the stocks as noted in Part VII in lines 74-125.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Stampelos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544